## IN THE UNITED STATES COURT FOR THE
## DISTRICT OF MARYLAND

Charles Fiala and Ruth Fiala
918 Wilkins Hollow Road
Addison, PA  15411

        Plaintiffs,

    vs.

Loretta Baille
2236 Paradise Point Road
Oakland, MD  21550

        Defendant.

Case No.

Judge:
Mag. Judge:

**COMPLAINT**

Now come the Plaintiffs, Charles Fiala and Ruth Fiala, by and through counsel, and for their complaint allege and avers as follows:

### I.  PARTIES AND JURISDICTION

1)      At all times herein mentioned Plaintiffs, Charles Fiala and Ruth Fiala, were and now are residents the city of Addison, County of Sommerset and Commonwealth of Pennsylvania.

2)      At all times relevant Defendant, Loretta Baille, and now is a resident the city Oakland, County of Garrett and the State of Maryland.

3)      Jurisdiction exists pursuant to 28 U.S.C. 1332 in that there is diversity of citizenship between the Plaintiffs and the Defendant, and the amount in controversy is in excess of SEVENTY FIVE-THOUSAND DOLLARS ($75,000.00), exclusive of interest and costs.

1

4)      Pursuant to 28 U.S.C. § 1391(a)(2) and (3), venue is proper in this Court, because a substantial part of the events or omissions giving rise to the claim occurred in Maryland, and because the Court has personal jurisdiction over the defendant in this district.


**COUNT ONE**
**NEGLIGENCE**

5)      On or about February 4, 2008, Plaintiff, Charles Fiala, was proceeding at or near the posted speed limit of 50 mph in the exercise of due care, in a northerly direction along US 219 in Garrett County, and State of Maryland.

6)      On the same date, time and place, defendant, Loretta Baille, was traveling southbound on US 219, when she turned directly in front of the plaintiff while attempting to make a left hand turn onto Sand Flat Road.

7)      Plaintiff, Charles Fiala, attempted to avoid striking the defendant, but was unable to do so, but instead violently collided with the defendant's vehicle and then struck an electric line pole at the shoulder of the intersection.

8)      The defendant, Loretta Baille, was negligent, careless and/or reckless in failing to yield to the plaintiff at the intersection of US 219 and Sand Flat Road.

9)      As a direct and proximate result of the actions set forth above, Plaintiff Charles Fiala, was severely and permanently injured.

10)      As a direct and proximate result of the injuries sustained, Plaintiff, Charles Fiala was prevented from transacting his business and had no earnings or diminished earning capacity from February 4, 2008 through to the present.

11)      As a direct and proximate result of the injuries sustained, Plaintiff, Charles Fiala, incurred expenses for medical attention and hospital treatment, and suffered and continues to suffer great pain of body and mind.

2

12)    As a further direct and proximate result of the injuries sustained, Plaintiff, Charles Fiala, has reason to believe that he will require continued medical care and will incur additional expenses related to such care in the future.

## COUNT TWO
## LOSS OF CONSORTIUM

13)    Plaintiffs, Charles Fiala and Ruth Fiala, reallege and reaver each and every allegation set forth in the foregoing paragraphs as if fully rewritten herein.

14)    At all times relevant plaintiffs Charles Fiala and Ruth Fiala were lawfully married.

15)    As a direct and proximate result of the conduct of defendant, plaintiff Ruth Fiala suffered the loss of services, care, comfort and joy of her husband, Plaintiff, Charles Fiala.


WHEREFORE, Plaintiffs, Charles Fiala and Ruth Fiala, demand judgment against Defendant TIME WARNER on all claims as follows:

A.    For compensatory damages in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00);

B.    For reasonable attorneys' fees and costs incurred herein; and

C.    For such other and further relief as this Court may deem best and proper in the premises.


PLAINTIFFS DEMAND A TRIAL BY JURY IN THIS ACTION.

Dated this 3rd day of December, 2010.

3

Respectfully submitted

THE TRANSPORTATION INJURY LAW GROUP


___/s Douglas P. Desjardins_____
DOUGLAS P. DESJARDINS, Fed. Bar No. 13525
1717 N St., NW, Suite 300
Washington, D.C. 20036
(202) 638-5300
Fax: (202) 393-1725
dpd@transportinjury.com

and

Michael Goldstein, Esq., *Pro Hac Vice*
GOLDSTEIN & GOLDSTEIN CO. L.P.A.
55 Public Square
Suite 1575
Cleveland, OH  44113
(216) 241-6677
Fax  (216) 241-3748


michael@goldsteinandgoldstein.net

*Attorneys for Plaintiffs,*

CHARLES FIALA AND RUTH FIALA